RECEIVED
IN LAKE CHARLES, LA

OCT 0 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 6:15-cr-252-06 |
| VERSUS | JUDGE MINALDI |
| JADE DUPUIS (06) | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation.  The defendant waived the fourteen day period within which to file written objections.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly;

The guilty plea of the defendant, Jade Dupuis, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.  **IT IS THEREFORE ORDERED** that Jade Dupuisis finally adjudged guilty of the offense charged in Count Two of the Indictment.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this __4__ day of September, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE